**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2442**

JOHN S. SAMUELS,

Plaintiff - Appellant,

v.

TRAVIS L. NUTTER, Lieutenant for the Caroline County Sheriff's Office, in his Individual and Official Capacity,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:15-cv-00665-REP)

Submitted: June 7, 2018                         Decided: June 15, 2018

Before WYNN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John S. Samuels, Appellant Pro Se. Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John S. Samuels appeals the district court's order denying his motion to vacate the parties' settlement agreement and release, and dismissing his civil action with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Samuels v. Nutter*, No. 3:15-cv-00665-REP (E.D. Va. Nov. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*